IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


LORENZO CORONADO-CASTILLO,                                          PETITIONER
# 19372-479

VERSUS                                          CIVIL ACTION NO. 5:18cv134-DCB-MTP

SHAWN R. GILLIS, CORE CIVIC
CORPORATION, and FEDERAL BUREAU
OF PRISONS                                                        RESPONDENTS


ORDER REQUIRING RESPONDENT TO ANSWER

BEFORE THE COURT is *pro se* Petitioner Lorenzo Coronado-Castillo's Petition for Writ of Habeas Corpus [1], pursuant to 28 U.S.C. § 2241.   He is incarcerated with the Bureau of Prisons at the Adams County Correctional Center in Natchez, Mississippi.

The Court notes that the proper Respondent is the "person having custody over the person detained."   28 U.S.C. § 2243.   *See also*, 28 U.S.C. § 2242.   Respondent Shawn R. Gillis is the Warden of Adams County Correctional Center.   Therefore, Respondents Core Civic Corporation and Federal Bureau of Prisons are hereby removed.   Further, the Court has considered the matter and is of the opinion that Gillis shall respond to the Petition.

**IT IS THEREFORE ORDERED** that Core Civic Corporation and Federal Bureau of Prisons are hereby removed as Respondents.

**IT IS FURTHER ORDERED** that Respondent Shawn R. Gillis shall file an answer or other responsive pleading in this case within 20 days of the service of a copy of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1] filed herein and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite

4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, United States

Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and

**Warden Shawn R. Gillis**, Adams County Correctional Center, Post Office Box 850,

Washington, Mississippi 39190.

IT IS FURTHER ORDERED that the Clerk of Court shall also serve a copy of this

Order upon *pro se* Petitioner Lorenzo Coronado-Castillo by mailing same to his last known

address.

SO ORDERED, this the 5th day of March, 2019.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE