SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

MAR 28 2019

ARTHUR JOHNSTON
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**LORENZO CORONADO-CASTILLO**                           **PETITIONER,**
**REG. NO. 19372-479**

**V.**                                        **CIVIL ACTION NO. 5:18-cv-134-DCB-MTP**

**WARDEN S. GILLIS**                                   **RESPONDENT.**

## ORDER GRANTING RESPONDENT'S MOTION FOR
## EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO
## THE PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

This cause is before the Court on Respondent Warden S. Gillis' Motion for Extension of Time to Answer or Otherwise Respond to Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 7]. The Court has considered the motion and finds good cause to extend the time within which to answer or otherwise respond to Petitioner Lorenzo Coronado-Castillo's petition [ECF No. 1]. Because the instant motion is well-taken, it should be granted.

IT IS, THEREFORE, ORDERED that Warden Gillis' Motion for Extension of Time to Answer or Otherwise Respond to Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 should be and hereby is granted. Respondent Warden Gillis shall plead, answer, or otherwise respond to Lorenzo Coronado-Castillo's petition [ECF No. 1] on or before April 17, 2019.

SO ORDERED this the ___28th___ day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE


PRESENTED BY:

/s/ Marc A. Perez
MARC A. PEREZ
Assistant United States Attorney

2