### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**LORENZO CORONADO-CASTILLO**                                        **PETITIONER**

**VERSUS**                                          **CIVIL ACTION NO. 5:18-cv-134-DCB-MTP**

**SHAWN R. GILLIS,** *et al.*                                        **RESPONDENTS**

### ORDER TO SHOW CAUSE

THIS MATTER is before the Court for case-management purposes.  A Report and Recommendation [14] was entered on October 22, 2019.  The record reflects that a copy was mailed to Petitioner on the same day at his address of record.  On November 4, 2019, the Report and Recommendation was returned as undeliverable.

It is Petitioner's responsibility to prosecute this action and update the Court with his current address.  The Court cannot communicate with Petitioner if he does not provide an address where he can receive mail.  Petitioner is directed to provide a current address to this Court by **November 22, 2019**.  Petitioner is advised that failure to comply with the Court's orders may result in the dismissal of his habeas corpus petition.

SO ORDERED, THIS the 7th day of November, 2019

s/ Michael T. Parker
United States Magistrate Judge