**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**LORENZO CORONADO-CASTILLO**                                                      **PETITIONER**

**VERSUS**                                                     **CIVIL ACTION NO. 5:18-cv-134-DCB-MTP**

**SHAWN R. GILLIS,** *et al*.                                                      **RESPONDENTS**

**SECOND ORDER TO SHOW CAUSE**

THIS MATTER is before the Court for case-management purposes.  Order [16] to Show Cause was entered on November 7, 2019, directing Petitioner to provide a current address to the Court by November 22, 2019.  Order [16] was mailed to Petitioner's current address of record. On November 20, 2019, Order [16] was returned as undeliverable.

It is Petitioner's responsibility prosecute this action and update the Court with his current address.  The Court cannot communicate with Petitioner if he does not provide an address where he can receive mail.  Petitioner is directed show cause why this action should not be dismissed or provide a current address to this Court by **December 10, 2019**.  Petitioner is advised that failure to comply with the Court's orders may result in the dismissal of his habeas corpus petition.

SO ORDERED, THIS the 26th day of November, 2019

s/ Michael T. Parker
United States Magistrate Judge